JRG3,JURY,MEDIATION,PATENT/TRADEMARK,PROTECTIVE−ORDER

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:17−cv−00258−JRG

| | |
|---|---|
| Uniloc USA, Inc. et al v. Apple Inc. | Date Filed: 04/03/2017 |
| Assigned to: Judge Rodney Gilstrap | Jury Demand: Plaintiff |
| Related Cases: 2:17−cv−00455−JRG | Nature of Suit: 830 Patent |
| 2:17−cv−00457−JRG | Jurisdiction: Federal Question |
| 2:17−cv−00469−JRG | |
| 2:17−cv−00454−JRG | |
| 2:17−cv−00470−JRG | |
| 2:17−cv−00708−JRG | |
| 2:17−cv−00522−JRG | |
| 2:17−cv−00534−JRG | |
| 2:17−cv−00535−JRG | |
| 2:17−cv−00571−JRG | |

Cause: 35:271 Patent Infringement

**Mediator**

**Edward A Infante**
2 Embarcadero Center Ste 1100
San Francisco, CA 94111
415−982−5267
*einfante@jamsadr.com*

**Plaintiff**

**Uniloc USA, Inc.**                represented by   **Paul J Hayes**
Prince Lobel Tye LLP − Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456−8000
Fax: (617) 456−8100
Email: phayes@princelobel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Seth Jacobs**
Prince Lobel Tye LLP − Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456−8000
Fax: 617−456−8100
Email: ajacobs@princelobel.com
*ATTORNEY TO BE NOTICED*

**Anthony Michael Vecchione**
Nelson Bumgardner PC − Fort Worth

3131 West 7th Street, Suite 300
Ft Worth, TX 76107
817–377–9111
Fax: 817–377–3485
Email: anthony@nelbum.com
*ATTORNEY TO BE NOTICED*

**Daniel James McGonagle**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456–8000
Fax: 617–456–8100
Email: dmcgonagle@princelobel.com
*ATTORNEY TO BE NOTICED*

**Dean G Bostock**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456–8000
Fax: 617–456–8100
Email: dbostock@princelobel.com
*ATTORNEY TO BE NOTICED*

**James John Foster**
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02210
617–456–8000
Email: jfoster@princelobel.com
*ATTORNEY TO BE NOTICED*

**Jonathan R. DeBlois**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
617–456–8000
Fax: 617–456–8100
Email: jdeblois@princelobel.com
*ATTORNEY TO BE NOTICED*

**Kevin Gannon**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456–8000
Fax: 617–456–8100
Email: kgannon@princelobel.com
*ATTORNEY TO BE NOTICED*

        **Michael James Ercolini**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
(617) 456−8000
Fax: 617−456−8100
Email: mercolini@princelobel.com
*ATTORNEY TO BE NOTICED*

**Robert R Gilman**
Prince Lobel Tye LLP – Boston
One International Place
Suite 3700
Boston, MA 02110
617−456−8017
Fax: 617−456−8100
Email: rgilman@princelobel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
Nelson Bumgardner PC – Fort Worth
3131 West 7th Street, Suite 300
Ft Worth, TX 76107
817−377−9111
Fax: 817−377−3485
Email: ed@nelbum.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Uniloc Luxembourg, S.A.** | represented by | **Paul J Hayes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Aaron Seth Jacobs**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Anthony Michael Vecchione**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel James McGonagle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dean G Bostock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James John Foster**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Jonathan R. DeBlois**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Gannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael James Ercolini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert R Gilman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc.**　　represented by　**Doug Winnard**
Goldman Ismail Tomaselli Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661
312.881.5944
Fax: 312.881.5244
Email: dwinnard@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma C. Neff**
Goldman Ismail Tomaselli Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661
312–881–5952
Fax: 312–881–5182
Email: eneff@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T Pieja**
Goldman Ismail Tomaselli Brennan & Baum, LLP

564 W. Randolph Street
Suite 400
Chicago, IL 60661
312.881.5954
Fax: 312.881.5025
Email: mpieja@goldmanismail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan E Littmann**
Goldman Ismail Tomaselli Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661
312–881–5969
Fax: 312–881–5189
Email: alittmann@goldmanismail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Rima**
Goldman Ismail Tomaselli Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661
312–881–5943
Fax: 312–881–5243
Email: arima@goldmanismail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903–934–8450
Fax: 903–934–9257
Email: gil@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Greenblatt**
Goldman Ismail Tomaselli Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: jgreenblatt@goldmanismail.com
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**

Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934–8450
Fax: 903/934–9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2017 | Ï 1 | COMPLAINT *for Patent Infringement* against Apple Inc. ( Filing fee $ 400 receipt number 0540–6229556.), filed by Uniloc USA, Inc., Uniloc Luxembourg, S.A.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Nelson, Edward) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Nelson, Edward) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Nelson, Edward) (Entered: 04/03/2017) |
| 04/03/2017 | Ï | Case assigned to Judge Rodney Gilstrap. (ch, ) (Entered: 04/03/2017) |
| 04/03/2017 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 4 | NOTICE of Attorney Appearance by Paul J Hayes on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Hayes, Paul) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 5 | NOTICE of Attorney Appearance by Anthony Michael Vecchione on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Vecchione, Anthony) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 6 | NOTICE of Attorney Appearance by James John Foster on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Foster, James) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 7 | NOTICE of Attorney Appearance by Kevin Gannon on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Gannon, Kevin) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 8 | NOTICE of Attorney Appearance by Dean G Bostock on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Bostock, Dean) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 9 | NOTICE of Attorney Appearance by Robert R Gilman on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Gilman, Robert) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 10 | NOTICE of Attorney Appearance by Michael James Ercolini on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Ercolini, Michael) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 11 | NOTICE of Attorney Appearance by Aaron Seth Jacobs on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (Jacobs, Aaron) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 12 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Daniel James McGonagle on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (McGonagle, Daniel) (Entered: 04/03/2017) |
| 04/05/2017 | Ï 13 | SUMMONS Issued as to Apple Inc. CT Corporation System. (nkl, ) (Entered: 04/05/2017) |
| 04/21/2017 | Ï 14 | NOTICE of Attorney Appearance – Pro Hac Vice by Michael T Pieja on behalf of Apple Inc.. Filing fee $ 100, receipt number 0540–6260123. (Pieja, Michael) (Entered: 04/21/2017) |
| 04/21/2017 | Ï 15 | NOTICE of Attorney Appearance – Pro Hac Vice by Alan E Littmann on behalf of Apple Inc.. Filing fee $ 100, receipt number 0540–6260153. (Littmann, Alan) (Entered: 04/21/2017) |
| 04/24/2017 | Ï 16 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Apple Inc..( Pieja, Michael) (Entered: 04/24/2017) |
| 04/24/2017 | Ï 17 | CORPORATE DISCLOSURE STATEMENT filed by Apple Inc. (Pieja, Michael) (Entered: 04/24/2017) |
| 04/24/2017 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Apple Inc. to 5/30/2017. 30 Days Granted for Deadline Extension.( nkl, ) (Entered: 04/24/2017) |
| 05/22/2017 | Ï 18 | NOTICE of Attorney Appearance – Pro Hac Vice by Emma C. Neff on behalf of Apple Inc.. Filing fee $ 100, receipt number 0540–6303870. (Neff, Emma) (Entered: 05/22/2017) |
| 05/23/2017 | Ï 19 | NOTICE of Attorney Appearance – Pro Hac Vice by Doug Winnard on behalf of Apple Inc.. Filing fee $ 100, receipt number 0540–6305260. (Winnard, Doug) (Entered: 05/23/2017) |
| 05/30/2017 | Ï 20 | MOTION to Dismiss by Apple Inc.. Responses due by 6/13/2017 (Attachments: # 1 Exhibit A – May 30, 2017 (Marathon PG and Uniloc Provide Update on Proposed Merger Marathon Patent Group), # 2 Exhibit B – US 9,414,199, # 3 Exhibit C – US 8,838,976, # 4 Exhibit D – US 8,239,852, # 5 Exhibit E – US 8,838,976 (February 10, 2010 Application), # 6 Exhibit F – US 8,838,976 (July 30, 2012 Rejection), # 7 Exhibit G – US 8,838,976 (April 11, 2013 Rejection), # 8 Exhibit H – US 8,838,976 (October 23, 2013 Final Rejection), # 9 Exhibit I – US 8,838,976 (June 13, 2014 Amendment and Response), # 10 Exhibit J – US 8,838,976 (August 14, 2014 Notice of Allowability), # 11 Text of Proposed Order)(Pieja, Michael) (Entered: 05/30/2017) |
| 06/08/2017 | Ï 21 | Joint MOTION for Extension of Time to File *Joint Letter* by Uniloc USA, Inc.. (Attachments: # 1 Text of Proposed Order)(Jacobs, Aaron) (Entered: 06/08/2017) |
| 06/09/2017 | Ï 22 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Gannon, Kevin) (Additional attachment(s) added on 6/9/2017: # 1 Text of Proposed Order) (nkl, ). (Entered: 06/09/2017) |
| 06/12/2017 | Ï 23 | ORDER granting 21 Motion to Extend Deadlines to Comply with the Courts Standing Order Regarding §101 Motion Practice. Signed by Judge Rodney Gilstrap on 06/10/2017. (nkl, ) (Entered: 06/12/2017) |
| 06/13/2017 | Ï 24 | ORDER granting 22 Motion for Extension of Time to File Response/Reply re 20 MOTION to Dismiss Responses due by 6/23/2017. Signed by Judge Rodney Gilstrap on 06/13/2017. (nkl, ) (Entered: 06/13/2017) |
| 06/16/2017 | Ï 25 | |

| | | |
|---|---|---|
| | | MOTION to Change Venue by Apple Inc.. (Attachments:<br># 1 Declaration of Michael Jaynes,<br># 2 Declaration of Emma Neff,<br># 3 Exhibit 1 – Statement of Information (Jan. 9, 2015),<br># 4 Exhibit 2 – Certificate of Dissolution (Jan. 26, 2015),<br># 5 Exhibit 3 – Uniloc Franchise Tax Account Status,<br># 6 Exhibit 4 – Statement of Information (Oct. 4, 2016),<br># 7 Exhibit 5 – Uniloc v. Broderick, Etchegoyen Declaration,<br># 8 Exhibit 6 – Press Release, Marathon–Uniloc Merger (Aug. 14, 2015),<br># 9 Exhibit 7 – Quitclaim Deed (Sep. 28, 2009),<br># 10 Exhibit 8 – Tanya Kiatkulpiboone LinkedIn Profile,<br># 11 Exhibit 9 – Uniloc v. Facebook, Burdick Declaration,<br># 12 Exhibit 10 – Etchegoyen Ties to California (Redacted Pursuant to FRCP 5.2),<br># 13 Exhibit 11 – '976 File History Excerpts,<br># 14 Exhibit 12 – '199 File History Excerpts,<br># 15 Exhibit 13 – '852 File History Excerpts,<br># 16 Exhibit 14 – Uniloc Prosecuting Attorneys' Bar Memberships,<br># 17 Exhibit 15 – Burdick Ties to California (Redacted Pursuant to FRCP 5.2),<br># 18 Exhibit 16 – MIT Technology Review (May 13, 2013),<br># 19 Exhibit 17 – Google Now,<br># 20 Exhibit 18 – Fujinomaki v. Google, Google's Motion to Transfer,<br># 21 Exhibit 19 – Fujinomaki v. Google, Hoffman Declaration,<br># 22 Exhibit 20 – Waze,<br># 23 Exhibit 21 – CNBC Disruptor 50 Waze (May 13, 2013),<br># 24 Exhibit 22 – Waze, Contact Us,<br># 25 Exhibit 23 – U.S. Patent No. 8,949,013,<br># 26 Exhibit 24 – Claim Comparison Chart,<br># 27 Exhibit 25 – Location of Material Third Party Witnesses,<br># 28 Exhibit 26 – U.S. Patent Application No. 20090125321,<br># 29 Exhibit 27 – Claim Comparison Chart,<br># 30 Exhibit 28 – '976 Patent Assignment,<br># 31 Exhibit 29 – '976 Patent Assignment,<br># 32 Exhibit 30 – Witness Travel Times,<br># 33 Exhibit 31 – Security Interest Agreement,<br># 34 Text of Proposed Order)(Pieja, Michael) (Entered: 06/16/2017) |
| 06/16/2017 | Ï 26 | Letter Brief filed by Apple Inc. (Attachments:<br># 1 Exhibit A – Joint Letter Brief)(Pieja, Michael) (Entered: 06/16/2017) |
| 06/21/2017 | Ï 27 | MOTION for Discovery *for Leave to Propound Venue Discovery* by Apple Inc.. (Attachments:<br># 1 Exhibit A – Venue Discovery Requests,<br># 2 Text of Proposed Order)(Pieja, Michael) (Entered: 06/21/2017) |
| 06/23/2017 | Ï 28 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 06/23/2017) |
| 06/29/2017 | Ï 29 | ORDER granting 28 Motion for Extension of Time to File Response/Reply re 20 MOTION to Dismiss Responses due by 6/30/2017 Replies due by 7/13/2017.. Signed by Judge Rodney Gilstrap on 06/28/2017. (nkl, ) (Entered: 06/29/2017) |
| 06/30/2017 | Ï 30 | RESPONSE in Opposition re 25 MOTION to Change Venue *filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Attachments:<br># 1 Declaration of Daniel McGonagle,<br># 2 Exhibit A, |

| | | |
|---|---|---|
| | | # 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D,<br># 6 Exhibit E,<br># 7 Declaration of Sean Burdick,<br># 8 Proposed Order)(Gannon, Kevin) (Entered: 06/30/2017) |
| 06/30/2017 | Ï 31 | RESPONSE in Opposition re 20 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. 101 filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Attachments:<br># 1 Text of Proposed Order)(Hayes, Paul) (Entered: 06/30/2017) |
| 07/03/2017 | Ï 32 | ORDER – Scheduling Conference set for 7/25/2017 01:30 PM before Judge Rodney Gilstrap. Signed by Judge Rodney Gilstrap on 07/03/2017. (nkl, ) (Entered: 07/05/2017) |
| 07/05/2017 | Ï 33 | Opposed MOTION for Leave to File *OPPOSITION TO DEFENDANT APPLE INC.S MOTION FOR LEAVE TO PROPOUND VENUE DISCOVERY UNDER SEAL* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 07/05/2017) |
| 07/05/2017 | Ï 34 | SEALED PLAINTIFFS OPPOSITION TO DEFENDANT APPLE INC.S MOTION FOR LEAVE TO PROPOUND VENUE DISCOVERY re 27 MOTION for Discovery *for Leave to Propound Venue Discovery* filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Declaration of Kevin Gannon,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D,<br># 6 Declaration of Sean Burdick)(Gannon, Kevin) (Entered: 07/05/2017) |
| 07/05/2017 | Ï 35 | **DEFICIENT DOCUMENT**<br><br>Additional Attachments to Main Document: 34 Sealed Response to Motion,.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) Modified on 7/5/2017 (nkl, ). (Entered: 07/05/2017) |
| 07/05/2017 | Ï | NOTICE of Deficiency regarding the Additional Attachments to Main Document submitted document 35 by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. does not contain a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 07/05/2017) |
| 07/05/2017 | Ï 36 | Additional Attachments to Main Document: 34 Sealed Response to Motion,.. (Attachments:<br># 1 Proposed Order,<br># 2 Certificate of Service)(Gannon, Kevin) (Entered: 07/05/2017) |
| 07/07/2017 | Ï 37 | Unopposed MOTION for Extension of Time to File Response/Reply as to 25 MOTION to Change Venue by Apple Inc.. (Attachments:<br># 1 Text of Proposed Order)(Pieja, Michael) (Entered: 07/07/2017) |
| 07/10/2017 | Ï 38 | ORDER granting 37 Motion for Extension of Time to File Response/Reply re 25 MOTION to Change Venue Replies due by 7/14/2017.. Signed by Judge Rodney Gilstrap on 7/10/2017. (nkl, ) (Entered: 07/10/2017) |
| 07/13/2017 | Ï 39 | REPLY to Response to Motion re 20 MOTION to Dismiss *filed by Apple Inc..* (Pieja, Michael) (Entered: 07/13/2017) |
| 07/14/2017 | Ï 40 | REPLY to Response to Motion re 25 MOTION to Change Venue *filed by Apple Inc..* (Attachments:<br># 1 Exhibit 32 – Wilson v. Tyler Complaint,<br># 2 Exhibit 33 – Apple 1 Email Chain between Counsel)(Pieja, Michael) (Entered: 07/14/2017) |

| | | |
|---|---|---|
| 07/19/2017 | Ï 41 | RESPONSE in Opposition re 33 Opposed MOTION for Leave to File *OPPOSITION TO DEFENDANT APPLE INC.S MOTION FOR LEAVE TO PROPOUND VENUE DISCOVERY UNDER SEAL filed by Apple Inc.*. (Attachments:<br># 1 Declaration of Michael T. Pieja,<br># 2 Exhibit A – Trial Transcript Excerpts,<br># 3 Exhibit B – Census Report, Hawaii,<br># 4 Exhibit C – Census Report, Texas,<br># 5 Text of Proposed Order)(Pieja, Michael) (Entered: 07/19/2017) |
| 07/21/2017 | Ï 42 | **FILED IN ERROR PER ATTORNEY**<br><br>SUR–REPLY to Reply to Response to Motion re 20 MOTION to Dismiss *filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.*. (Gannon, Kevin) Modified on 7/21/2017 (nkl, ). (Entered: 07/21/2017) |
| 07/21/2017 | Ï 43 | SUR–REPLY to Reply to Response to Motion re 25 MOTION to Change Venue *filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.*. (Gannon, Kevin) (Entered: 07/21/2017) |
| 07/21/2017 | Ï | ***FILED IN ERROR PER ATTORNEY. Document # 42, SUR–REPLY to Reply to Response to Motion. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 07/21/2017) |
| 07/21/2017 | Ï 44 | ORDER granting 27 Motion for Leave to Propound Venue Discovery. Signed by Judge Rodney Gilstrap on 7/21/17. (ch, ) (Entered: 07/21/2017) |
| 07/22/2017 | Ï 45 | ***DEFICIENT DOCUMENT***<br><br>MOTION for Extension of Time to File Response/Reply by Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order Proposed Order)(Hayes, Paul) Modified on 7/24/2017 (ch, ). (Entered: 07/22/2017) |
| 07/24/2017 | Ï | NOTICE of Deficiency regarding the 45 submitted NO CERTIFICATE OF CONFERENCE. Correction should be made by one business day (ch, ) (Entered: 07/24/2017) |
| 07/24/2017 | Ï 46 | Unopposed MOTION for Extension of Time to File *Surreply in Opposition to Apple's Motion to Dismiss* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Hayes, Paul) (Entered: 07/24/2017) |
| 07/24/2017 | Ï 47 | SUR–REPLY to Reply to Response to Motion re 20 MOTION to Dismiss *filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.*. (Hayes, Paul) (Entered: 07/24/2017) |
| 07/24/2017 | Ï 48 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Apple Inc. (Smith, Melissa) (Entered: 07/24/2017) |
| 07/25/2017 | Ï | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 7/25/2017. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR–TCRR). (jml) (Entered: 07/25/2017) |
| 07/26/2017 | Ï 49 | REPLY to Response to Motion re 33 Opposed MOTION for Leave to File *OPPOSITION TO DEFENDANT APPLE INC.S MOTION FOR LEAVE TO PROPOUND VENUE DISCOVERY UNDER SEAL filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.*. (Gannon, Kevin) (Entered: 07/26/2017) |

| | | |
|---|---|---|
| 07/26/2017 | Ï 50 | ORDER granting 46 Motion for Extension of Time to Submit Sur–Reply. Signed by Judge Rodney Gilstrap on 7/26/2017. (ch, ) (Entered: 07/27/2017) |
| 07/28/2017 | Ï 51 | NOTICE of Designation of Mediator, Honorable Edward A. Infante, filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Gannon, Kevin) (Entered: 07/28/2017) |
| 07/31/2017 | Ï 52 | NOTICE of Attorney Appearance by Jennifer Greenblatt on behalf of Apple Inc. (Greenblatt, Jennifer) (Entered: 07/31/2017) |
| 07/31/2017 | Ï 53 | ORDER REFERRING CASE to Mediator. Hon. Edward A. Infante is hereby appointed as mediator in the above referenced case. Signed by Judge Rodney Gilstrap on 7/31/2017. (nkl, ) (Entered: 07/31/2017) |
| 08/08/2017 | Ï 54 | Agreed MOTION *for Entry of Agreed Docket Control Order* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 08/08/2017) |
| 08/08/2017 | Ï 55 | Agreed MOTION *for Entry of Agreed Discovery Order* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) (Additional attachment(s) added on 8/9/2017:<br># 2 Revised Proposed Order) (nkl, ). (Entered: 08/08/2017) |
| 08/10/2017 | Ï 56 | DOCKET CONTROL ORDER granting 54 Agreed MOTION *for Entry of Agreed Docket Control Order. Pretrial Conference set for 7/23/2018 09:00 AM before Judge Rodney Gilstrap., Amended Pleadings due by 11/10/2017., Jury Selection set for 8/20/2018 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 2/23/2018., Markman Hearing set for 1/26/2018 01:30 PM before Judge Rodney Gilstrap., Motions due by 7/3/2018., Proposed Pretrial Order due by 7/16/2018.* Signed by Judge Rodney Gilstrap on 8/10/2017. (ch, ) (Entered: 08/10/2017) |
| 08/10/2017 | Ï 57 | DISCOVERY ORDER granting 55 Motion for Entry of Discovery Order. Signed by Judge Rodney Gilstrap on 8/10/2017. (ch, ) (Entered: 08/10/2017) |
| 08/17/2017 | Ï 58 | Unopposed MOTION for Leave to File Excess Pages by Apple Inc.. (Attachments:<br># 1 Text of Proposed Order)(Pieja, Michael) (Entered: 08/17/2017) |
| 08/17/2017 | Ï 59 | Unopposed MOTION to Seal *Supplemental Brief In Support of Motion to Transfer* by Apple Inc.. (Attachments:<br># 1 Text of Proposed Order)(Pieja, Michael) (Entered: 08/17/2017) |
| 08/17/2017 | Ï 60 | SEALED REPLY to Response to Motion re 25 MOTION to Change Venue (Supplemental Brief In Support) filed by Apple Inc.. (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit B)(Pieja, Michael) (Entered: 08/17/2017) |
| 08/17/2017 | Ï 61 | Additional Attachments to Main Document: 60 Sealed Reply to Response to Motion.. (Attachments:<br># 1 Exhibit A (REDACTED),<br># 2 Exhibit B)(Pieja, Michael) (Entered: 08/17/2017) |
| 08/22/2017 | Ï 62 | ORDER granting 58 Motion for Leave to File Excess Pages. Signed by Judge Rodney Gilstrap on 8/21/2017. (nkl, ) (Entered: 08/22/2017) |
| 08/24/2017 | Ï 63 | **FILED IN ERROR**<br><br>NOTICE by Uniloc Luxembourg, S.A., Uniloc USA, Inc. *NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS* (Gannon, Kevin) Modified on 8/24/2017 (nkl, ). (Entered: 08/24/2017) |
| 08/24/2017 | Ï 64 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 25 MOTION to Change Venue *(Supplemental Brief in Opposition)* filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Declaration of Kevin Gannon,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C)(Gannon, Kevin) (Entered: 08/24/2017) |
| 08/24/2017 | Ï | ***FILED IN ERROR – was filed using the wrong docket event. Document # 63, NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 08/24/2017) |
| 08/28/2017 | Ï 65 | NOTICE of Attorney Appearance – Pro Hac Vice by Andrew Rima on behalf of Apple Inc.. Filing fee $ 100, receipt number 0540–6444459. (Rima, Andrew) (Entered: 08/28/2017) |
| 08/29/2017 | Ï 66 | Unopposed MOTION to Withdraw *Certain Claims* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 08/29/2017) |
| 08/29/2017 | Ï 67 | NOTICE of Attorney Appearance by Jonathan R. DeBlois on behalf of Uniloc Luxembourg, S.A., Uniloc USA, Inc. (DeBlois, Jonathan) (Entered: 08/29/2017) |
| 08/29/2017 | Ï 68 | NOTICE of Discovery Disclosure by Apple Inc. (Pieja, Michael) (Entered: 08/29/2017) |
| 08/29/2017 | Ï 69 | Joint MOTION for Protective Order by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Exhibit A (Proposed Order))(Gannon, Kevin) (Additional attachment(s) added on 8/30/2017:<br># 2 Revised Proposed Order) (nkl, ). (Entered: 08/29/2017) |
| 08/30/2017 | Ï 70 | ORDER granting 66 Motion to Withdraw Certain Claims. Signed by Judge Rodney Gilstrap on 8/30/2017. (nkl, ) (Entered: 08/30/2017) |
| 09/01/2017 | Ï 71 | MOTION to Stay *Pending Inter Partes Review of U.S. Patent Nos. 8,239,852 and 9,414,199* by Apple Inc.. (Attachments:<br># 1 Exhibit A – IPR2017–01993 (Excerpts),<br># 2 Exhibit B – IPR2017–02041 (Excerpts),<br># 3 Exhibit C – Motion to Stay,<br># 4 Exhibit D – Order,<br># 5 Text of Proposed Order)(Pieja, Michael) (Entered: 09/01/2017) |
| 09/06/2017 | Ï 72 | **FILED IN ERROR PER CHAMBERS**<br><br>PROTECTIVE ORDER re 69 Joint MOTION for Protective Order filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. Signed by Judge Rodney Gilstrap on 9/6/2017. (nkl, ) Modified on 9/6/2017 (nkl, ). (Entered: 09/06/2017) |
| 09/06/2017 | Ï | ***FILED IN ERROR PER CHAMBERS. Document # 72, PROTECTIVE ORDER. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 09/06/2017) |
| 09/11/2017 | Ï 73 | ORDER denying 71 Motion to Stay. Signed by Judge Rodney Gilstrap on 9/11/2017. (nkl, ) (Entered: 09/12/2017) |
| 09/13/2017 | Ï 74 | PROTECTIVE ORDER. Signed by Judge Rodney Gilstrap on 9/13/2017. (nkl, ) (Entered: 09/13/2017) |
| 09/19/2017 | Ï | |

| | | |
|---|---|---|
| | | NOTICE of Hearing on Motion 20 MOTION to Dismiss : Motion Hearing set for 10/19/2017 01:30 PM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (jml) (Entered: 09/19/2017) |
| 10/02/2017 | Ï 75 | NOTICE of Discovery Disclosure by Apple Inc. *regarding P.R. 4−1* (Smith, Melissa) (Entered: 10/02/2017) |
| 10/02/2017 | Ï 76 | NOTICE of Discovery Disclosure by Apple Inc. *Regarding Invalidity Contentions and P.R. 3−3 and 3−4 Disclosures* (Smith, Melissa) (Entered: 10/02/2017) |
| 10/04/2017 | Ï 77 | ORDER granting 59 Motion to Seal Supplemental Brief In Support of Motion to Transfer. Signed by Judge Rodney Gilstrap on 10/03/2017. (nkl, ) (Entered: 10/04/2017) |
| 10/09/2017 | Ï 78 | NOTICE by Apple Inc. re 77 Order on Motion to Seal *of Compliance* (Pieja, Michael) (Entered: 10/09/2017) |
| 10/17/2017 | Ï | NOTICE of Hearing on Motion 20 MOTION to Dismiss : Motion Hearing RESET for 10/19/2017 11:30 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. ***Please note that the only change is the TIME for the hearing.***(jml) (Entered: 10/17/2017) |
| 10/19/2017 | Ï 79 | **FILED IN ERROR! PLEASE DISREGARD– SEE CORRECTED MINUTE ENTRY** Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 10/19/2017 re 20 MOTION to Dismiss filed by Apple Inc. (Court Reporter Shelly Holmes, CSR−TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) Modified on 10/27/2017 (jml, ). (Entered: 10/19/2017) |
| 10/19/2017 | Ï 87 | CORRECTED Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 10/19/2017 re 20 MOTION to Dismiss filed by Apple Inc. (Court Reporter Shelly Holmes, CSR−TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) (Additional attachment(s) added on 10/27/2017: # 2 Corrected Minute Sheet) (jml, ). (Entered: 10/27/2017) |
| 10/20/2017 | Ï 80 | Unopposed MOTION to Amend/Correct *DOCKET CONTROL ORDER* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments: # 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 81 | ORDER Setting Hearing on Motion 25 MOTION to Change Venue : Motion Hearing set for 10/27/2017 10:30 AM before District Judge Rodney Gilstrap.. Signed by District Judge Rodney Gilstrap on 10/20/2017. (nkl, ) (Entered: 10/20/2017) |
| 10/23/2017 | Ï 82 | FIRST AMENDED DOCKET CONTROL ORDER granting 80 Motion to Amend/Correct. Signed by District Judge Rodney Gilstrap on 10/23/2017. (ch, ) (Entered: 10/23/2017) |
| 10/25/2017 | Ï 83 | NOTICE by Apple Inc. *FILING OF PRESENTATION SLIDES* (Attachments: # 1 Exhibit Exhibit 1)(Smith, Melissa) (Entered: 10/25/2017) |
| 10/25/2017 | Ï 84 | NOTICE of Discovery Disclosure by Apple Inc. *Regarding P.R. 4−2 Disclosure* (Smith, Melissa) (Entered: 10/25/2017) |
| 10/26/2017 | Ï 85 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/19/17 (Motion Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR/TCRR,Telephone number: (903) 923−7464 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/20/2017. Redacted Transcript Deadline set for 11/30/2017. Release of Transcript Restriction set for 1/29/2018. (sholmes, ) (Entered: 10/26/2017) |
| 10/26/2017 | Ï 86 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of Apple Inc. (Gillam, Harry) (Entered: 10/26/2017) |
| 10/27/2017 | Ï 88 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 10/27/2017 re 25 MOTION to Change Venue filed by Apple Inc.. (Court Reporter Shelly Holmes, CSR–TCRR.) (Attachments: <br># 1 Attorney Attendance Sheet) (jml) (Entered: 10/27/2017) |
| 10/27/2017 | Ï 89 | PAPER TRANSCRIPT REQUEST by Apple Inc. for proceedings held on 10/19/2017 – Motion to Dismiss before Judge Rodney Gilstrap. (Pieja, Michael) (Entered: 10/27/2017) |
| 10/31/2017 | Ï 90 | NOTICE by Uniloc Luxembourg, S.A., Uniloc USA, Inc. *of Filing of Presentation Slides* (Attachments: <br># 1 Exhibit A)(Vecchione, Anthony) (Entered: 10/31/2017) |
| 11/09/2017 | Ï 91 | AMENDED COMPLAINT against Apple Inc., filed by Uniloc USA, Inc., Uniloc Luxembourg, S.A.. (Attachments: <br># 1 Exhibit A, <br># 2 Exhibit B)(Foster, James) (Entered: 11/09/2017) |
| 11/13/2017 | Ï 92 | Claim Construction and Prehearing Statement by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments: <br># 1 Exhibit A, <br># 2 Exhibit B, <br># 3 Exhibit C)(Foster, James) (Entered: 11/13/2017) |
| 11/20/2017 | Ï | NOTICE of Hearing: Pretrial Conference RESET for 8/7/2018 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 11/20/2017) |
| 11/21/2017 | Ï 93 | Unopposed MOTION to Amend/Correct *DOCKET CONTROL ORDER* by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments: <br># 1 Text of Proposed Order)(Gannon, Kevin) (Entered: 11/21/2017) |
| 11/22/2017 | Ï 94 | SECOND AMENDED DOCKET CONTROL ORDER granting 93 Motion to Amend/Correct. Signed by District Judge Rodney Gilstrap on 11/22/2017. (nkl, ) (Entered: 11/22/2017) |
| 11/22/2017 | Ï 95 | MOTION to Dismiss *Amended Complaint* by Apple Inc.. (Attachments: <br># 1 Exhibit A – Marathon PG Update, <br># 2 Exhibit B – US 9,414,199, <br># 3 Exhibit C – US 8,838,976, <br># 4 Exhibit D – US 8,239,852, <br># 5 Exhibit E – US 8,838,976 (February 10, 2010 Application), <br># 6 Exhibit F – US 8,838,976 (July 30, 2012 Rejection), <br># 7 Exhibit G – US 8,838,976 (April 11, 2013 Rejection), <br># 8 Exhibit H – US 8,838,976 (October 23, 2013 Final Rejection), <br># 9 Exhibit I – US 8,838,976 (June 13, 2014 Amendment and Response), <br># 10 Exhibit J – US 8,838,976 (August 14, 2014 Notice of Allowability), <br># 11 Text of Proposed Order)(Pieja, Michael) (Entered: 11/22/2017) |
| 12/01/2017 | Ï 96 | **FILED IN ERROR** |

| | | |
|---|---|---|
| | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/19/17 (Motion Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR/TCRR,Telephone number: (903) 923–7464 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 12/25/2017. Redacted Transcript Deadline set for 1/4/2018. Release of Transcript Restriction set for 3/5/2018. (sholmes, ) Modified on 12/8/2017 (nkl, ). (Entered: 12/01/2017) |
| 12/06/2017 | Ï 97 | RESPONSE in Opposition re 95 MOTION to Dismiss *Amended Complaint filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Attachments:<br># 1 Affidavit Declaration of Craig S. Etchegoyen,<br># 2 Text of Proposed Order)(Foster, James) (Entered: 12/06/2017) |
| 12/08/2017 | Ï 98 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/27/17 (Motion Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR/TCRR,Telephone number: (903) 923–7464 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/1/2018. Redacted Transcript Deadline set for 1/11/2018. Release of Transcript Restriction set for 3/12/2018. (sholmes, ) (Entered: 12/08/2017) |
| 12/08/2017 | Ï | **\*\*\*FILED IN ERROR. Document # 96, NOTICE OF FILING OF OFFICIAL TRANSCRIPT. PLEASE IGNORE.\*\*\***<br><br>(nkl, ) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 99 | CLAIM CONSTRUCTION BRIEF filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc.. (Attachments:<br># 1 Exhibit A ('852 patent),<br># 2 Exhibit B ('199 patent))(Jacobs, Aaron) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 100 | NOTICE by Apple Inc. *of Compliance Regarding Technical Tutorial* (Smith, Melissa) (Entered: 12/08/2017) |
| 12/14/2017 | Ï 101 | MOTION to Strike 97 Response in Opposition to Motion, *Declaration of Craig S. Etchegoyen* by Apple Inc.. (Attachments:<br># 1 Text of Proposed Order Proposed Order)(Pieja, Michael) (Entered: 12/14/2017) |
| 12/14/2017 | Ï 102 | RESPONSE in Support re 95 MOTION to Dismiss *Amended Complaint filed by Apple Inc..* (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit K Motion to Dismiss Transcript)(Pieja, Michael) (Entered: 12/14/2017) |
| 12/22/2017 | 103 | SUR–REPLY to Reply to Response to Motion re 95 MOTION to Dismiss *Amended Complaint filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Attachments:<br># 1 Attachment)(Foster, James) (Entered: 12/22/2017) |
| 12/22/2017 | 104 | ORDER granting 25 Motion to Change Venue. Signed by District Judge Rodney Gilstrap on December 22, 2017. (jml) (Entered: 12/22/2017) |
| 12/22/2017 | 105 | CLAIM CONSTRUCTION BRIEF filed by Apple Inc.. (Attachments:<br># 1 Declaration of Michael T. Pieja,<br># 2 Exhibit A – 852_8.12.11 Non–Final Rejection,<br># 3 Exhibit B – 852_12.30.11 Final Rejection,<br># 4 Exhibit C – 852_12.30.11 Office Action,<br># 5 Exhibit D – 852_5.30.12 Appeal Brief,<br># 6 Exhibit E – US 8,239,852,<br># 7 Exhibit F – 852_IPR_Preliminary Patent Owner Response,<br># 8 Exhibit G – Declaration of Donald Patterson, PhD,<br># 9 Exhibit H – 852_11.14.11 Response to Office Action,<br># 10 Exhibit I – Physical device recognition to the rescue –– GCN (APL–UNILC2_00327515–17),<br># 11 Exhibit J – Physical–Device Recognition Improves Cyber Security (APL–UNILC2_00327484),<br># 12 Exhibit K – 852_6.18.10 Claims,<br># 13 Exhibit L – 10.19.17 Motion to Dismiss Hearing Transcript,<br># 14 Exhibit M – US 9,414,199,<br># 15 Exhibit N – 199_3.17.15 Amendment and Response,<br># 16 Exhibit O – 199_Patent Application, Claims,<br># 17 Exhibit P – 199_8.21.15 Appeal Brief)(Pieja, Michael) (Entered: 12/22/2017) |
| 12/28/2017 | 106 | RESPONSE in Opposition re 101 MOTION to Strike 97 Response in Opposition to Motion, *Declaration of Craig S. Etchegoyen filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Attachments:<br># 1 Declaration of James J. Foster,<br># 2 Proposed Order)(Foster, James) (Entered: 12/28/2017) |
| 01/05/2018 | 107 | UNILOC REPLY to 99 Claim Construction Brief *filed by Uniloc Luxembourg, S.A., Uniloc USA, Inc..* (Foster, James) (Entered: 01/05/2018) |
| 01/12/2018 | 108 | Unopposed MOTION to Suspend the Deadline to Comply with Patent Rule 4–5(d) by Apple Inc.. (Attachments:<br># 1 Text of Proposed Order)(Pieja, Michael) (Entered: 01/12/2018) |