James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617-456-8000
Facsimile: 617-456-8100

COUNSEL FOR PLAINTIFFS

Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (admitted *pro hac vice*)
Jennifer Greenblatt (admitted *pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (admitted *pro hac vice*)
Emma C. Neff (admitted *pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 5:18-cv-00357-LHK <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW** |

Pursuant to the Court's April 30, 2018 Order staying the above-captioned action pending *inter partes* review proceedings (IPRs) involving the two[1] patents-in-suit (Dkt. No. 144), the parties respectfully submit the following report regarding the status of these IPRs.

**U.S. Patent No. 8,239,852:** The '852 Patent was the subject of two IPR petitions, IPR2017-02041 and IPR2017-02202, both filed by Defendant Apple. The Patent Trial and

---

[1] Although Uniloc's complaint originally asserted a third patent, U.S. Patent No. 8,838,976, allegations regarding that patent were withdrawn without prejudice in August 2017.

Appeal Board ("PTAB") denied institution of IPR2017-02041 on March 8, 2018. The PTAB denied institution of IPR2017-02202 on May 1, 2018. Apple filed a request for reconsideration of the latter denial on May 30, 2018, and that request remains pending.

**U.S. Patent No. 9,414,199:** The '199 Patent was the subject of one IPR petition, IPR 2017-01993, filed by Defendant Apple. This PTAB instituted this IPR on March 8, 2018. Written briefing was completed on October 23, 2018, and oral argument is currently scheduled for December 4, 2018. The PTAB is expected to issue a final written decision by March 8, 2019.

Pursuant to the Court's April 30, 2018 Order, the parties will submit an updated status report in six months, or within a week of the conclusion of all IPR proceedings.

Respectfully submitted,

Dated: October 30, 2018

/s/ *Aaron S. Jacobs*
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617-456-8000
Facsimile: 617-456-8100

COUNSEL FOR PLAINTIFF


/s/ *Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (admitted *pro hac vice*)
Jennifer Greenblatt (admitted *pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (admitted *pro hac vice*)

| | |
|---|---|
| 1 | |
| 2 | Emma C. Neff (admitted *pro hac vice*) |
| 3 | GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP |
| 4 | 564 W. Randolph St., Suite 400 |
| 5 | Chicago, IL 60661 |

Emma C. Neff (admitted *pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191

COUNSEL FOR DEFENDANT