1  James J. Foster
   jfoster@princelobel.com
2  Aaron S. Jacobs (CA No. 214953)
   ajacobs@princelobel.com
3  PRINCE LOBEL TYE LLP
   One International Place, Suite 3700
4  Boston, MA 02110
   Telephone: 617-456-8000
5  Facsimile: 617-456-8100

6  ATTORNEYS FOR THE PLAINTIFFS

   Michael T. Pieja (CA Bar No. 250351)
   Alan E. Littmann (*pro hac vice* to be filed)
   Jennifer Greenblatt (*pro hac vice* to be filed)
   Doug Winnard (CA Bar No. 275420)
   Andrew J. Rima (*pro hac vice* to be filed)
   Emma C. Neff, M.D., J.D. (*pro hac vice* to be filed)
   GOLDMAN ISMAIL TOMASELLI
   BRENNAN & BAUM LLP
   564 W. Randolph St., Suite 400
   Chicago, IL 60661
   Tel: (312) 681-6000
   Fax: (312) 881-5191

   ATTORNEYS FOR THE DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>APPLE INC., <br><br>　　　　Defendant. | Case No.: 5:18-cv-00357-LHK <br><br> **JOINT MOTION TO EXTEND DEADLINES** |

3621641.v1

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg (collectively "Uniloc") and Defendant Apple Inc. ("Apple") jointly move to extend the upcoming claim construction deadlines, in light of recent orders regarding Uniloc's standing, as will be described further below. In particular, the parties respectfully request a six-week extension for each of the claim construction deadlines set in the Case Management Order of June 26, 2020, Dkt. No. 178:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Claim Construction Brief | Jan. 12, 2021 | Feb. 23, 2021 |
| Responsive Claim Construction Brief | Feb. 2, 2021 | Mar. 16, 2021 |
| Reply Claim Construction Brief | Feb. 16, 2021 | Mar. 30, 2021 |
| Claim Construction Hearing | April 1, 2021 at 1:30 p.m. | At the Court's convenience |

The parties are involved in a number of active (and stayed) patent cases in this Court. One set of such cases is before Judge Alsup, *Uniloc 2017 LLC et al. v. Apple Inc.*, Nos. 3:18-cv-00358, -00360, -00363, -00365 & -00572. On December 4, 2020, Judge Alsup granted Apple's motion to dismiss for lack of subject-matter jurisdiction in the -358 Case on the grounds that Uniloc lacked constitutional standing to sue as of the date Uniloc filed the -358 Case in May 2017. *Id.*, Dkt. No. 186. Other courts have granted similar motions. In this District, Judge Gonzalez Rogers issued an order on December 22, 2020, in *Uniloc 2017 LLC v. Google LLC* Case Nos. 20-4355 et seq., dismissing eleven actions for Uniloc 2017's lack of constitutional standing. And, in the District of Delaware, a December 30, 2020, Judge Connolly dismissed an action filed by Uniloc USA, Inc. and Uniloc Luxembourg S.A. for lack of constitutional standing in *Uniloc USA, Inc. et al. v. Motorola Mobility LLC*, Case No. 17-1658.

Each of these decisions held that a third party possessed the right to issue sublicenses to the patents in the Uniloc portfolio as of the date that the respective cases were filed. Consequently, these decisions dismissed the cases for lack of subject-matter jurisdiction because the Uniloc entities lacked constitutional standing to sue as of the date of filing.

Uniloc 2017 has filed a notice of appeal in the Google actions, and the other Uniloc entities have filed a notice of appeal in the Apple action, and those entities will soon file a similar notice in the Motorola action. Although those actions involved patents different from the ones involved in the instant action, the decisions in those actions as to some of the various factual and legal issues create issue preclusion that would bind Uniloc unless and until the decisions are reversed or vacated on appeal.

Consequently, Uniloc has proposed to stay other actions between the parties that Uniloc had filed after April 30, 2017, pending the outcome of those appeals. This case, however, was filed on April 3, 2017, and the parties disagree on whether a stay pending these appeals is appropriate here.

In order to avoid burdening the Court—and parties—with claim construction briefing that might not be needed for some time, if at all, the parties thus request the six-week extension spelled out above, to give them time to brief whether a stay is appropriate.  Apple intends to file its motion on or by January 19, 2021.  The parties will then proceed as spelled out by the Local Rules and the Court's standard procedures, or as otherwise directed by the Court.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2021 | */s/ Aaron S. Jacobs* |
| 2 | | James J. Foster |
| | | jfoster@princelobel.com |
| 3 | | Aaron S. Jacobs (CA No. 214953) |
| 4 | | ajacobs@princelobel.com |
| | | PRINCE LOBEL TYE LLP |
| 5 | | One International Place, Suite 3700 |
| | | Boston, MA 02110 |
| 6 | | Telephone: 617-456-8000 |
| 7 | | Facsimile: 617-456-8100 |

COUNSEL FOR PLAINTIFF

| | | |
|---|---|---|
| 10 | Dated: January 12, 2021 | */s/ Doug Winnard* |
| 11 | | Michael T. Pieja (CA Bar No. 250351) |
| | | Alan E. Littmann (*pro hac vice* to be filed) |
| 12 | | Jennifer Greenblatt (*pro hac vice* to be filed) |
| | | Doug Winnard (CA Bar No. 275420) |
| 13 | | Andrew J. Rima (*pro hac vice* to be filed) |
| 14 | | Emma C. Neff, M.D., J.D. (*pro hac vice* to be filed) |
| | | GOLDMAN ISMAIL TOMASELLI |
| 15 | | BRENNAN & BAUM LLP |
| 16 | | 564 W. Randolph St., Suite 400 |
| | | Chicago, IL 60661 |
| 17 | | Tel: (312) 681-6000 |
| | | Fax: (312) 881-5191 |

COUNSEL FOR DEFENDANT